IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEBRA A. PRILL, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:19-cv-00977-bbc |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | ) |
|     Defendant. | ) |

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT**

Notice is hereby given that Debra A. Prill, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 15th day of January 15, 2021.

Dated:  March 2, 2021

Daley Disability Law, P.C.
4256 N. Ravenswood Ave., Suite 104
Chicago, Illinois 60613
(312) 561-3030; *fax* (312) 284-4773

Respectfully submitted,

s/ Meredith E. Marcus
Meredith E. Marcus
Attorney for Plaintiff
Debra A. Prill
mmarcus@fdaleylaw.com
Attorney Bar #: 6303890 (IL)

**CERTIFICATE OF SERVICE**

To:  Commissioner of Social Security   ch.il.ogc.wdwisconsin@ssa.gov, ODAR.OAO.COURT.1@ssa.gov

Albert Bianchi , Jr   albert.bianchi@usdoj.gov, anne.gassere@usdoj.gov, CaseView.ECF@usdoj.gov, morgan.maloney@usdoj.gov

David Levitt   david.levitt@ssa.gov

The undersigned attorney hereby certifies that on March 2, 2021, she electronically filed the foregoing NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF

A DISTRICT COURT with the clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named parties.

        Respectfully submitted,

        s/ Meredith E. Marcus
        Meredith E. Marcus
Daley Disability Law, P.C.        Attorney for Plaintiff
4256 N. Ravenswood Ave., Suite 104        Debra A. Prill
Chicago, Illinois 60613        mmarcus@fdaleylaw.com
(312) 561-3030; *fax* (312) 284-4773        Attorney Bar #: 6303890 (IL)